COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

Jesus Cesar Solis,            §         No. 08-17-00007-CR

         Appellant,          §         Appeal from the

v.            §         120th District Court

The State of Texas,          §         of El Paso County, Texas

         State.          §         (TC# 20130D02293)

§

# O R D E R

Pending before the Court is Appellant's motion to abate the appeal in order for the trial court to rule on a pending motion to correct the judgment with respect to the date sentence was imposed in open court. The State does not oppose the motion and agrees that the judgment appears to be incorrect. We therefore grant the Appellant's motion, abate the appeal, and remand the cause to the trial court for consideration of Appellant's motion to correct the judgment. The trial court is authorized to conduct a hearing on the motion, if it is deemed necessary, and any hearing should be conducted within thirty days from the date of this order. The trial court is also directed to rule on Appellant's motion to correct the judgment and to file a corrected judgment, if any, with the District Clerk within thirty days from the date of this order. The District Clerk shall prepare a supplemental clerk's record containing the trial court's findings and/or orders and forward the same to this Court on or before April 10, 2017. Further, the transcription of the

1

hearing shall be prepared, certified and filed with this Court on or before April 10, 2017.

IT IS SO ORDERED this 1st day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.